**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DONALD PATTON,

Plaintiff,

CV 00-2567 RHK/JMM

vs.

**ORDER**

GENERAL MILLS INC.,

Defendant.

---

The above matter was commenced on November 21, 2000. To date, it does not appear from the file that service has been effected upon the defendant. If proof of service is not filed within 120 days after the filing of the Complaint, this Court, without further notice, will dismiss the Complaint without prejudice. See Fed.R.C.P.4(m).

Dated: April 9, 2001.

**RICHARD H. KYLE**, Judge
United States District Court

FILED APR 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK