**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

DONALD PATTON,

Plaintiff,

CV 00-2567 RHK/JMM

vs.

**ORDER OF DISMISSAL**

GENERAL MILLS, INC.,

Defendant.

---

Based on this Court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed for lack of prosecution.

Dated: April 25, 2001.

**RICHARD H. KYLE**, Judge
United States District Court

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK